■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE CLARITY, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on May 10, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sullivan, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY RODRIGUEZ, Appellant.—Judgment, Supreme Court, Bronx County (Joseph DiFede, J.), rendered on October 18, 1983, unanimously affirmed.